Christopher LYTES, Plaintiff–Appellant,

v.

Christian SMITH; David Wood; Brian N. Smith; John Lookabill, Defendants–Appellees.

No. 14–1425.

United States Court of Appeals, Fourth Circuit.

Submitted: Oct. 20, 2014.

Decided: Oct. 23, 2014.

C. Rauch Carolina; Appellant Davidson, Carolina, Wise, Law Office of C. Rauch Wise, Greenwood, South Carolina, Robert M. Cook, II, Leesville, South Carolina, for Appellant. Joel S. Hughes, Andrew F. Lindemann, William H. Davidson, II, Davidson & Lindemann, P.A., Columbia, South Carolina for Appellees.

Before KING, AGEE, and THACKER, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM:

Christopher Lytes appeals the district court's order granting summary judgment in favor of the Defendants and dismissing his 42 U.S.C. § 1983 (2012) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Lytes v. Smith,* 11 F.Supp.3d 527 (D.S.C. 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials be-

fore this court and argument would not aid the decisional process.

*AFFIRMED.*